IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Keith Dingman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Susan Dingman

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Florida

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C. R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☒ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

|   |   |   |   |
|---|---|---|---|
| 1 |  | ☐ | Denali® Vena Cava Filter |
| 2 |  | ☐ | Other: _____ |

3  11. Date of Implantation as to each product:

4      November 21, 2008 _____

5      _____

6  12. Counts in the Master Complaint brought by Plaintiff(s):

| | | | |
|---|---|---|---|
| 7 | ☒ | Count I: | Strict Products Liability – Manufacturing Defect |
| 8 | ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| 10 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 11 | ☒ | Count IV: | Negligence - Design |
| 12 | ☒ | Count V: | Negligence - Manufacture |
| 13 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 14 | ☒ | Count VII: | Negligence – Failure to Warn |
| 15 | ☒ | Count VIII: | Negligent Misrepresentation |
| 16 | ☒ | Count IX: | Negligence *Per Se* |
| 17 | ☒ | Count X: | Breach of Express Warranty |
| 18 | ☒ | Count XI: | Breach of Implied Warranty |
| 19 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 20 | ☒ | Count XIII: | Fraudulent Concealment |
| 21 | ☒ | Count XIV: | Violations of Applicable __Florida__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 24 | ☒ | Count XV: | Loss of Consortium |
| 25 | ☐ | Count XVI: | Wrongful Death |
| 26 | ☐ | Count XVII: | Survival |
| 27 | ☒ | Punitive Damages | |

| | | |
|---|---|---|
|1| ☐   Other(s): _____ | (please state the facts |
|2| | supporting this Count in the space immediately below) |

_____

13.  Jury Trial demanded for all issues so triable?

     ☒   Yes

     ☐   No

RESPECTFULLY SUBMITTED this  23   day of   July  , 20 18 .

**[SIGNATURE BLOCK]**

By: __/s/ Eric D. Roslansky__

The Ruth Law Team
P.O. Box 16847, St. Petersburg, FL 33733
888-783-8378
ivc@getjustice.com

I hereby certify that on this  23  day of  July , 20 18, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                /s/       Eric D. Roslansky